UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Steven Gasper, | Civil Action No. _____ |
|       Plaintiff, | |
| v. | |
| Credit Service International Corporation doing business as Credit Systems of the Fox Valley, | **NOTICE OF REMOVAL TO FEDERAL COURT** |
|       Defendant. | |

---

TO: The Clerk of the United States District Court for the Western District of Wisconsin; and Plaintiff, through his attorney, Francis R. Greene, Stern, Thomasson LLP, 3010 South Appleton Road, Menasha, Wisconsin 54952.

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1453 Defendant Credit Service International Corporation doing business as Credit Systems of the Fox Valley (hereinafter "Defendant"), by and through its attorneys, Bassford Remele, PA, and with full reservation of any and all defenses, hereby removes this action from Wisconsin Circuit Court, St. Croix County, to the United States District Court for the Western District of Wisconsin.

In support of this Notice of Removal, Defendant states as follows:

**I.    REMOVAL PROCEDURE**

1. On or about April 29, 2020, Plaintiff commenced a purported class action, entitled *Steven Gasper v. Credit Service International Corporation doing business as Credit Systems of the Fox Valley*, Wisconsin Circuit Court (St. Croix County) Case No. 2020CV000128 alleging violations of the Fair Debt Collection Practices Act by service of summons and complaint, a true and correct copy of which is attached hereto as **Exhibit A**.

2. **Exhibit A** constitutes all process, pleadings and orders in this action.

3.  This Notice of Removal is timely filed within thirty (30) days from the date Defendant was in receipt of the initial pleading as prescribed by 26 U.S.C. § 1446(b).

4.  Promptly upon filing this Notice of Removal to Federal Court, Defendant will file a Notice of Filing of Removal and a copy of this Notice of Removal to Federal Court in St. Croix County Circuit Court, as required by 28 U.S.C. § 1446(d) and copies of the same are being contemporaneously served upon Plaintiff's counsel.

## II.  THIS COURT HAS ORIGINAL SUBJECT-MATTER JURISDICTION

5.  This action may be removed to this Court from the St. Croix County Circuit Court pursuant to 28 U.S.C. §§ 1441(a), and 1446(a) because the Western District of Wisconsin is the District embracing the place where the action was commenced.

6.  Removal of Plaintiff's purported class action is authorized by 28 U.S.C. § 1453. *See also Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 450 (7th Cir. 2005) (reversing district court's order remanding a class action to state court holding, in part, the court had original jurisdiction over class action based on a federal question).

7.  The United States District Court for the Western District of Wisconsin has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 because this action contains a claim by Plaintiff premised on a federal statute. Plaintiff specifically attempts to allege a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, a federal statute. *See Moorer v. Always Towing & Recovery Inc.*, No. 16-CV-1504-PP, 2018 WL 4233005, at *5 (E.D. Wis. Sept. 5, 2018) (noting the court had federal question jurisdiction over an alleged violation of the Fair Debt Collection Practices Act); (Compl. ¶¶ 34–39.)

8.  Based on the foregoing, Defendant is entitled to remove this action to this Court under 28 U.S.C. § 1441 *et seq.*, 1446 *et seq.*, and 1453 *et seq.*

9.     If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to brief any disputed issues and otherwise present support for its position that this case is properly removable.

**WHEREFORE** Defendant Credit Service International Corporation doing business as Credit Systems of the Fox Valley removes this action from the St. Croix County Circuit Court, State of Wisconsin, and requests any further relief, general or specific, at law or in equity, to which it may be justly entitled.

                                    **BASSFORD REMELE**
                                    *A Professional Association*

Date:  May 19, 2020        By /s/ Patrick D. Newman
                                    Patrick D. Newman (WI #1093942)
                                    100 South 5th Street, Suite 1500
                                    Minneapolis, MN 55402-1254
                                    Telephone:   (612) 333-3000
                                    Facsimile:    (612) 333-8829
                                    pnewman@bassford.com

                                    **Attorneys for Defendant**