IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN GASPER, Individually, and on behalf of all others similarly situated

        Plaintiff,

    *vs.*                                    Case No. 3:20-cv-00465-jdp

CREDIT SERVICE INTERNATIONAL CORPORATION doing business as CREDIT SYSTEMS OF THE FOX VALLEY,

        Defendant.

## NOTICE OF SETTLEMENT

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE Plaintiff, Steven Gasper, hereby notifies the Court that he and Defendants have reached a settlement as it relates to his individual claims. Plaintiff intends to file a Notice of Dismissal (with prejudice as to Plaintiff and without prejudice as to putative class members) once the necessary paperwork is finalized.

Dated: January 9, 2021

                                    *s/ Andrew T. Thomasson*
                                    *Andrew T. Thomasson*
Andrew T. Thomasson (NJ Bar # 048362011)
    *Attorney for Plaintiff, Steven Gasper*
STERN•THOMASSON LLP
150 Morris Avenue, 2nd Floor
Springfield, New Jersey 07081
Telephone: (973) 379-7500
E-mail: andrew@sternthomasson.com